## No. 17,306.

JOHNSON *v*. SCHAUER ET AL.

(278 P. [2d] 870)

Decided January 3, 1955.  Rehearing denied January 31, 1955.

Mr. PHILIP J. CAROSELL, Messrs. DONALDSON, HOFFMAN & GOLDSTEIN, for plaintiff in error.

Messrs. WOLVINGTON & WORMWOOD, for defendants in in error, Schauer.

Mr. H. BURMAN, for defendant in error Johnson.

PER CURIAM.

Judgment affirmed en banc without written opinion.